THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-375-FL

| | |
|---|---|
| GRAHAM A. CRISPIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BAC HOME LOANS SERVICING, LP; | ) |
| SUBSTITUTE TRUSTEE SERVICES, INC., | ) |
| and BANK OF AMERICA, NATIONAL | ) |
| ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |

**CONSENT ORDER ON MOTION FOR PRELIMINARY INJUNCTION**

This matter came before the Court on Plaintiff's Motion for Preliminary Injunction, which was included in the Complaint and Amended Complaint. Defendants have stipulated and consented to take no further action, including any foreclosure hearing and sale, in regard to the property that is the subject of the Complaint and Amended Complaint during the pendency of this action or until further orders of the Court, and Plaintiff has stipulated and consented to this relief for the Motion at this time.

Wherefore, it is hereby ordered that the Motion is granted in part as follows. Defendants shall take no further action in regard to foreclosure of the property described in the Complaint and Amended Complaint, which has a street address of 107 Candy Apple Court, Cary, N.C., and no foreclosure hearing or sale shall be held in Wake County special proceeding no. 10 SP 4429, styled as follows:

> In the matter of the foreclosure of a Deed of Trust executed by Graham A. Crispin in the original amount of $156,000 dated September 12, 2006, recorded in Book 01270, Page 00525, Wake County Registry Substitute Trustee Services, Inc., Substitute Trustee

during the pendency of this action or until further orders of the Court.

Consideration of other relief requested in the Motion will be deferred pending further orders of the Court.

Plaintiff is ordered to transmit this order to the Clerk of Superior Court of Wake County for filing in Wake County action no. 10 SP 4429.

SO ORDERED, this the 25th day of July, 2011.

_____
The Honorable Louise W. Flanagan
Chief United States District Judge

STIPULATE AND CONSENT:

s/ Jennie Cordis Boswell
Attorney for BAC Home Loans Servicing, LP
McGuire Woods
201 North Tryon Street
Charlotte, NC 28202
704-343-2077

STIUPLATE AND CONSENT:

s/Hilton T. Hutchens, Jr.
Attorney for Substitute Trustee Services
Hutchens and Senter
4317 Ramsey Street
Fayetteville, NC 28311
910-864-6888

STIPULATE AND CONSENT:

s/ Celie B. Richardson
Attorney for Plaintiff
Richardson Law Group
P.O. Box 2585
Chapel Hill, NC 27515
919-932-7718