THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-375-FL

GRAHAM A. CRISPIN, )
)
Plaintiff, )
)
v. )
)
BAC HOME LOANS SERVICING, LP; )
SUBSTITUTE TRUSTEE SERVICES, INC., )
and BANK OF AMERICA, NATIONAL )
ASSOCIATION, )
)
Defendants. )

This matter came before the Court on the joint motion of the parties that the preliminary injunction granted by consent order [D.9] be dissolved. It is hereby ordered that the preliminary injunction against further action in the foreclosure of the property described in the Complaint and Amended Complaint, which has a street address of 107 Candy Apple Court, Cary, N.C., Wake County special proceeding no. 10 SP 4429 [D.9], is hereby dissolved.

This 6th day of August, 2012.

*Louise W. Flanagan*

LOUISE W. FLANAGAN
United States District Judge